1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER NATHANIEL EL-BEY            No.  2:19-cv-2251 WBS DB PS
     WASHINGTON,
12

13                    Plaintiff,            ORDER

14          v.

15   ELLAOISE WASHINGTON,

16                    Defendant.

17
            Plaintiff is proceeding pro se with the above-entitled action.  The matter was referred to a
18
     United States Magistrate Judge pursuant to Local Rule 302(c)(21).
19
            On October 26, 2020, the magistrate judge filed findings and recommendations herein
20
     which were served on plaintiff and which contained notice to plaintiff that any objections to the
21
     findings and recommendations were to be filed within thirty days after service of the findings and
22
     recommendations.  Plaintiff has filed timely objections to the findings and recommendations.
23
            The court has reviewed the file and finds the findings and recommendations to be
24
     supported by the record and by the magistrate judge's analysis.
25
     ////
26
     ////
27
            Accordingly, IT IS HEREBY ORDERED that:
28
                                              1

1. The findings and recommendations filed October 26, 2020 (ECF No. 12) are adopted in full;

2. Plaintiff's November 7, 2019 motion to proceed in forma pauperis (ECF No. 2) is denied;

3. The November 7, 2019 complaint (ECF No. 1) is dismissed without prejudice;

4. The June 1, 2020 motion for injunctive relief (ECF No. 10) is denied;

5. The July 13, 2020 motion for summary judgment (ECF No. 11) is denied; and

6. The clerk is directed to close the file in this action.

Dated:  December 21, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

\washington2251.jo

2